IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARCUS EVANS and ALICE EVANS**                                    **PLAINTIFFS**

v.                         Case No. 3:21-cv-00097-KGB

**ALLSTATE INDEMNITY COMPANY**                                      **DEFENDANT**

## ORDER

Before the Court is plaintiffs Marcus Evans and Alice Evans' unopposed motion for joinder (Dkt. No. 8). For good cause shown, the Court grants the motion. The Court directs the Clerk of Court to change the name of defendant Allstate Insurance Company to defendant Allstate Indemnity Company, which all parties agree is the proper party to be named as defendant.

Also before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice, with each party bearing their own attorneys' fees and costs.

It is so ordered this 30th day of December, 2021.

_____
Kristine G. Baker
United States District Judge